**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**TYRONE R. MCKINNON,**

**Petitioner,**

**v.** **Case No. 5:26-cv-185-AW-MJF**

**STATE OF FLORIDA, et al.,**

**Respondents.**

_______________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner has not complied with a court order, paid the filing fee, or moved for leave to proceed *in forma pauperis*. He also has not objected to the magistrate judge's report and recommendation (ECF No. 5), which recommends dismissal on those bases. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order, failure to pay the filing fee, and failure to prosecute." The clerk will then close the file.

SO ORDERED on October 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge